TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone: (510) 970-4853
  Facsimile: (415) 744-0134
  Email: paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LISA BOWDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 5:20-cv-02625-RAO<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
///

captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:  November 5, 2021

/s/ Rozella A. Oliver
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE